**FILED** DEC - 3 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARDELL BUSBY,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>TOM FELKER, WARDEN,<br><br>　　　Respondent. | Case No. EDCV 08-0410-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: November 30, 2008

_David O. Carter_
David O. Carter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY